# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

153669-70

*In re* Estate of KENNETH JAMES KOEHLER
_____

SHERRY BIERKLE, Personal Representative of
the Estate of KENNETH JAMES KOEHLER,
              Appellant,
v


ERNEST LEE UMBLE,
              Appellee.
_____/

*In re* Estate of KENNETH JAMES KOEHLER
_____

SHERRY BIERKLE, Personal Representative of
the Estate of KENNETH JAMES KOEHLER,
              Appellant,
and

JOESPH YORK, EDMUND YORK, RONALD
McKEEL, DANIEL McKEEL, GREGORY
McKEEL, MICHAEL SIES, NANCY
SCHREIBER, and TERRI CARTER,
              Interested Persons,
v

ERNEST LEE UMBLE,
              Appellee.
_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153669
COA: 322996
Oakland Probate Ct:
        2012-341834-DE

SC: 153670
COA: 322997
Oakland Probate Ct:
        2012-341834-DE

        On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2017
_____



Clerk

t0411